# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| JOEY RAMOS,<br><br>  *Plaintiff*,<br><br>v.<br><br>FRIS CHKN LLC, and CAJUN OPERATING COMPANY,<br><br>  *Defendants*. | Case No. 1:22-cv-00547-RP |

## JOINT NOTICE OF SETTLEMENT

Joey Ramos, Plaintiff, and FRIS CHKN LLC and Cajun Operating Company, Defendants, by their respective counsel, jointly notify the Court that they have reached a settlement in this matter. In light of the settlement, the parties request that the Court's order dated October 11, 2022 ordering the parties to submit a joint proposed scheduling order on or before October 25, 2022 be vacated. The parties further request that the Court allow them 45 days to file appropriate dismissal papers.

Dated: October 17, 2022

Respectfully submitted,

/s/ Brian S. Jones
BRIAN S. JONES
Attorney No. 29578-49
**BOSE MCKINNEY & EVANS LLP**
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 684-5000
Facsimile: (317) 684-5173
b.jones@boselaw.com

**ATTORNEYS FOR DEFENDANTS**

-and-

/s/ *Matthew Sapp (w/permission)*
MATTHEW SAPP
State Bar No. 24075016
K. MICHAEL STURGILL
State Bar No. 24075588
**SAPP & STURGILL, PLLC**
18756 Stone Oak Pkwy, #200
San Antonio, TX  78258
Telephone:  (469) 381-6833
matt@sappsturgill.como
mike@sappsturgill.com

**ATTORNEYS FOR PLAINTIFF**

4452438